## BOOE *v.* CALDWELL.

APPEAL from the *Fayette* Circuit Court.

*Per Curiam.*—This case was tried some years ago in the *Fayette* Circuit Court, and a judgment was rendered for the defendant. The plaintiff appealed to this Court, where the judgment below was reversed, and the cause remanded for another trial. *Booe* v. *Caldwell*, 12 Ind. 12. Another trial was had, which, like the former, resulted in a judgment for the defendant. A second appeal is now taken by the plaintiff to this Court. The suit was instituted against *Watson & Caldwell*, as partners. No service was had upon *Watson*, and as to him the suggestion of not found was made, and the suit proceeded against *Caldwell*. *Caldwell* introduced the deposition of *Watson* to prove that *Watson* was alone liable for the demand sued for. We think the deposition was rightly admitted. It was objected that the name of the witness was not indorsed on it; but that was a question of fact for the Court below. That Court does not admit that the indorsement was not upon the deposition. Probably the requisition for indorsement is but directory, but this we do not decide. The deposition is entitled well enough. It explains itself in the body.

The trial seems to have been fair.; the evidence is in the

record, and justifies the verdict and judgment below. The instructions covered the case.

Nov. Term, 1861.

The judgment is affirmed, with costs.

*B. F. Claypool* and *E. Vance*, for the appellant.
*Reid* and *Walker*, for the appellee.